ISAAC N. ROTH, Respondent, *v.* JULIA ROTH, Appellant.

*Roth* v. *Roth,* 90 App. Div. 87, affirmed.
(Argued October 25, 1905; decided November 21, 1905.)

APPEAL from a judgment, entered April 22, 1904, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which affirmed an interlocutory judg-

ment in favor of plaintiff entered upon a decision of the court at Special Term after a trial of the issues of fact before a jury.

*William C. Rosenberg* and *Jesse S. Epstein* for appellant.

*Hugo Wintner* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, BARTLETT, HAIGHT, VANN and WERNER, JJ. Absent: O'BRIEN, J.